UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SHEENNY LOPEZ, on behalf herself, individually,
and on of all others similarly-situated,

                             Plaintiff,

-against-

1-800-FLOWERS.COM, INC. and
1-800-FLOWERS TEAM SERVICES, INC.,

                             Defendants.
-------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 17 2018 ★
LONG ISLAND OFFICE

Case No.: 17-CV-05110
(SJF)(GRB)

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED that: that the Settlement Agreement and Limited Release in this matter having been reviewed by the Court and found to be fair and reasonable that (1) the Settlement Agreement and Limited Release, including the release of all wage and hour claims, should be and is approved; and (2) Plaintiffs' claims, which were the subject of a *bona fide* dispute, are hereby dismissed with prejudice.

BORRELLI & ASSOCIATES, P.L.L.C.
*ATTORNEYS FOR PLAINTIFFS*
655 Third Avenue, Suite 1821
New York, New York 10017
(212) 679-5000

By: _____
     JEFFREY R. MAGUIRE, ESQ.

Dated: April 12, 2018

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
58 South Service Rd., Ste. 250
Melville, New York 11747
(631) 247-0404

By: _____
     JOHN J. PORTA, ESQ.
     ADAM G. GUTTELL, ESQ.

Dated: _____

SO ORDERED on this 17th day of April, 2018

                         s/ Sandra J. Feuerstein
                         United States District Judge

4827-1089-5966, v. 1